# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| JOE L CAUSEY<br>317 12TH AVE<br>FRANKLINTON LA 70438 | 10-13768<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

OBJECTION TO PULL BEHIND TRAILER -NOT USED FOR BUSINESS

The hearing on confirmation is set for January 11, 2011 at 11:30 a.m.

Attorney for debtor:

MARY M TAYLOR

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

### CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail, prepaid, upon the debtor.

12/14/2010        by: /signature/